UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CATHY SIMPSON, et al.,

    Plaintiffs,

v.

GOVERNMENT ACQUISITIONS, INC.,

    Defendant.

Case No. 1:19-cv-100

Barrett, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

Plaintiffs Cathy Simpson and William Hallman initiated this employment discrimination case against Defendants Jay Lambke and Government Acquisitions, Inc. in the Superior Court of the District of Columbia. On November 14, 2018, Defendants removed the case to the United States District Court of the District of Columbia. *See* District of Columbia Case No. 1:18-cv-02627. On November 21, 2018, Defendants filed a motion to dismiss the case in its entirety for failure to state any cognizable claim. In the alternative, Defendants moved to transfer the case to this Court based upon improper venue in the District of Columbia. (Doc. 4).

On January 29, 2019, U.S. District Judge Amit P. Mehta granted the alternative motion to transfer venue, but indicated in his order that the motion to dismiss should remain pending for consideration and resolution by this Court. (*See also* Doc. 10, noting this Court's receipt of original file on February 8, 2019). Although that motion to dismiss remains pending, Plaintiffs filed an amended complaint on February 20, 2019. The amended complaint supersedes the original complaint, rendering moot the Defendants' earlier motion.

Accordingly, **IT IS RECOMMENDED THAT** Defendants' motion to dismiss (Doc. 4) be **DENIED AS MOOT**.

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CATHY SIMPSON, et al.,

    Plaintiffs,

v.

GOVERNMENT ACQUISITIONS, INC.,

    Defendant.

Case No. 1:19-cv-100

Barrett, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).