UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cathy Simpson, *et al.*,

    Plaintiffs,

          v.                         Case No. 1:19cv100

Government Acquisitions, Inc.,          Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on April 19, 2019 (Doc. 26).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 26) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 26) of the Magistrate Judge is hereby **ADOPTED.** Defendants' Motion to Dismiss (Doc. 4) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court